Name and address:
Michael J. Duvall (SBN 276994)
Dentons US LLP
601 S. Figueroa St., Suite 2500
Los Angeles, CA 90017-5709
michael.duvall@dentons.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL Q. JUAREZ,<br><br>                                   Plaintiff(s),<br><br>          v.<br><br>GNC HOLDINGS, LLC,<br><br>                                   Defendant(s), | CASE NUMBER<br>2:26-cv-03359-AB-ACCV<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*** |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Shrayber, Fridrikh V.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Dentons Cohen & Grigsby P.C.
_____
*Firm/Agency Name*

| | | |
|---|---|---|
| 625 Liberty Avenue | 412-297-4900 | 412-209-0672 |
| 5th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Pittsburgh, PA   15222-3152 | fred.shrayber@dentons.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

GNC Holdings, LLC                          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

_____          ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attachment "A" | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| 2:26-cv-01833 | Anthony Malko v. GNC Holdings, LLC | 3-24-2026 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated ____April 29, 2026____

Fridrikh V. Shrayber
Applicant's Name (please type or print)

Applicant's Signature

G-64 (10/23)      APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 2 of 3

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Duvall, Michael J.

*Designee's Name (Last Name, First Name & Middle Initial)*

Dentons US LLP

*Firm/Agency Name*

601 S. Figueroa St.

Suite 2500

*Street Address*

Los Angeles, CA 90017-5709

*City, State, Zip Code*

213-623-9300

*Telephone Number*

michael.duvall@dentons.com

*Email Address*

276994

*Designee's California State Bar Number*

213-623-9924

*Fax Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated April 29, 2026

/s/ Michael J. Duvall

*Designee's Name (please type or print)*

Michael J. Duvall

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Fridrikh V. Shrayber Admissions

| Name of Court | Bar Number | Date Admitted | Status | Member of Good Standing |
|---|---|---|---|---|
| Pennsylvania | 208083 | 10/31/2008 | Active | Yes |
| Ohio | 95330 | 05/04/2016 | Active | Yes |
| United States District Court, Eastern District of Pennsylvania | | 03/19/2015 | Active | Yes |
| United States District Court, Western District of Pennsylvania | | 12/18/2008 | Active | Yes |
| United States District Court, Northern District of Ohio | | 05/26/2016 | Active | Yes |
| United States District Court, Southern District of Ohio | | 06/03/2016 | Active | Yes |
| United States District Court, Eastern District of Missouri | | 01/28/2020 | Active | Yes |
| United States District Court, Northern District of Indiana | | 08/10/2017 | Active | Yes |
| United States District Court, Colorado | | 06/19/2017 | Active | Yes |
| Court of Appeals, Sixth Circuit | | 05/05/2017 | Active | Yes |
| Court of Appeals, Third Circuit | | 05/01/2012 | Active | Yes |
| Court of International Trade | | 07/05/2024 | Active | Yes |

ATTACHMENT "A"



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Fridrikh Vladimirovich Shrayber, Esq.*

**DATE OF ADMISSION**

*October 31, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: April 27, 2026**

Nicole Traini
Chief Clerk



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Fridrikh Vladimirovich Shrayber**
Attorney Registration No. **0095330**

was admitted to the practice of law in Ohio on May 4, 2016; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 27th day of April, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon B Scheid
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-04-27-1
Verify by email at GoodStandingRequests@sc.ohio.gov