JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL Q. JUAREZ, | Case No. 2:26-cv-03359-AB (ACCVx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| GNC HOLDINGS, LLC, | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated:  June 18, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1